The T. A. Snider Preserve Company for the use of Hartford Accident & Indemnity Company, appellant, v. The Peoples Trust & Savings Bank of Chicago, appellee. Gen. No. 36,343.

Opinion filed May 23, 1933. Rehearing denied June 6, 1933.

Schuyler, Weinfeld & Hennessy, for appellant; Henry E. Jacobs and Howard D. Moses, of counsel. Dent, Weichelt & Hampton, for appellee; Roger D. Doten and Seward H. Bowers, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Gordon C. Thorne, appellant, v. The Foreman-State Trust & Savings Bank, by consolidation with the Foreman Trust & Savings Bank and the State Bank of Chicago, appellee. Gen. No. 36,350.

Opinion filed May 23, 1933. Rehearing denied June 6, 1933.

Bernard W. Vinissky, for appellant. Miller, Gorham, Wales & Adams, for appellee; Edward R. Adams and J. C. Lamy, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Fred A. Spandau, appellee, v. Ralph Carazza, appellant. Gen. No. 36,359.

Opinion filed May 23, 1933. Rehearing denied June 6, 1933.

Cairoli Gigliotti, for appellant. Gerald G. Barry, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Ann Matthews, appellee, v. F. Frazier Jelke et al., trading as Frazier Jelke & Company, appellants. Gen. No. 36,389.

Opinion filed May 23, 1933.

Sanders, Childs, Bobb & Wescott, for appellants; W. L. Bourland and F. M. Hartman, of counsel. Harold R. Schradzki, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.